**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 301 WAL 2017

                                Respondent   :

                                        :   Petition for Allowance of Appeal from
                                        :   the Order of the Superior Court

                               v.                 :

SHAWN WILMER,   :

                                  Petitioner   :


## ORDER


**PER CURIAM**

     **AND NOW**, this 4th day of January, 2018, the Petition for Allowance of Appeal is

**DENIED**.